AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
                                 ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. Section 641 - Theft of Government Property
(Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
1 year imprisonment; $100,000 fine; $25 special assessment; 1 year
of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

Maude Millard (a/k/a Geraldine Ray, a/k/a Geraldine McGowen)

DISTRICT COURT NUMBER
CR 08-429 WDB

FILED
JUL -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Social Security Administration

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☒ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant                       } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Maureen C. Bessette

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction       } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No        Month/Day/Year

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 22, 2008    Before Judge: Brazil

Comments:

E-filing

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR08-429 WDB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor) |
| MAUDE MILLARD (a/k/a Geraldine Ray, a/k/a Geraldine McGowen), | ) | |
| Defendant. | ) | OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

On or about and between 1976 and June 2007, in the Northern District of California, the defendant,

MAUDE MILLARD
a/k/a Geraldine Ray
a/k/a Geraldine McGowen,

did knowingly embezzle, steal, purloin, and convert to her own use money of the United States and a department and agency thereof, specifically, Social Security benefits paid to her when she was ineligible to collect these benefits because she was employed under two fraudulent social security numbers, and did receive, conceal, and retain such money with the intent to convert it to

INFORMATION

1  her own gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of
2  Title 18, United States Code, Section 641, a Class A Misdemeanor.
3
4  DATED: June 24, 2008                          JOSEPH P. RUSSONIELLO
                                                 United States Attorney
5
6
                                                 /s/
7                                                W. DOUGLAS SPRAGUE
                                                 Assistant United States Attorney
8                                                Chief, Oakland Branch
9
10 (Approved as to form: /s/                     )
                           MAUREEN BESSETTE
11                         Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION