JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
Email: Maureen.Bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAUDE MILLARD (a/k/a Geraldine Ray, a/k/a Geraldine McGowen),<br><br>    Defendant. | Case No. CR-08-429 WDB<br><br>**MOTION FOR SUMMONS** |

Based on the facts set forth in the Declaration of Joshua M. Fryday in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant MAUDE MILLARD (a/k/a Geraldine Ray, a/k/a Geraldine McGowen), to appear on July 22, 2008. The facts set forth in the declaration demonstrate that probable

///

///

///

///

///

///

///

MOTION FOR SUMMONS

cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Dated: 6/24/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MAUREEN BESSETTE
Assistant United States Attorney

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN202121)
3  Chief, Oakland Branch

4  MAUREEN BESSETTE (NYSBN 246854)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       Email: Maureen.Bessette@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )  Case No. CR-08-429 WDB
                                    )
14     Plaintiff,                   )
                                    )  **DECLARATION OF JOSHUA M.
15 v.                               )  FRYDAY IN SUPPORT OF UNITED
                                    )  STATES' MOTION FOR SUMMONS**
16 MAUDE MILLARD (a/k/a Geraldine Ray, )
   a/k/a Geraldine McGowen)         )
17                                  )
                                    )
18     Defendant.                   )
                                    )

19
   I, Joshua M. Fryday, hereby declare as follows:
20
   1. I am the Law Clerk assigned to this case. I have received the following information from
21
   agents employed by the Social Security Administration, Office of the Inspector General, Office
22
   of Investigations (SSA-OIG), and from reports and other documents provided to me by the SSA-
23
   OIG.
24
   2. Between approximately 1975 to the present, within the Northern District of California,
25
   Maude Millard (a/k/a Geraldine Ray a/k/a Geraldine McGowen), ("MILLARD"), did knowingly
26
   use multiple identities to obtain benefits from SSA/SSI, and from the State of California.
27

28 DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

3. On May 16, 2007, SSA-OIG received an allegation from Department of Motor Vehicles (DMV) and Department of Insurance (DOI), reporting that MILLARD had multiple social security numbers (SSN's) and multiple driver licenses, and that she might be fraudulently using these multiple identities to obtain benefits from SSA/SSI and the State of California DMV and DOI.

4. Special Agent (SA) Gary DaSilva obtained all SSN's associated with Ray, McGowen, and MILLARD through SSA records and determined that MILLARD was using two SSN's for work while she was collecting SSI benefits under her true SSN.

5. Subsequent to obtaining her true SSN in 1954, MILLARD applied for and was issued a second SSN under the name Geraldine McGowen in 1976 and a third SSN under her own name in 1982 using false information as to her identity on the two latter SSN applications. Specifically, MILLARD obtained these two fraudulent SSN's by using false places of birth, false parent names, and false date of births. From 1976 to 2006, MILLARD was employed using the second fraudulent SSN. Although MILLARD never collected SSA/SSI benefits using the third fraudulent SSN, she did work under this SSN from 1985 to 1991.

6. Since 1975, MILLARD has collected SSI under her true SSN, at the same time she continued to work under her two fraudulently obtained SSN's. In June, 2004, MILLARD applied and became eligible to receive aged spousal benefits from her husband's SSN using her true SSN. At the time she applied for her aged spousal benefits application using her true SSN, she failed to report that she had previously worked under two false SSN's.

7. Upon filing for Title II Retirement benefits in April 2006 using the second fraudulent SSN, MILLARD failed to report to SSA that she had previously been issued her true SSN and had been collecting SSI benefits and aged spousal benefits using her true SSN. Further, MILLARD failed to report to SSA that she had previously been issued her true SSN and had been collecting SSI benefits and aged spousal benefits using her true SSN.

8. On September 14, 2007, SA DaSilva interviewed MILLARD at the DMV Office in El Cerrito, California. MILLARD was read her rights and she waived her rights in writing.

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-2-

1  MILLARD stated that her true name according to her Texas birth certificate is Maude Millard,
2  and admitted that she is currently receiving SSA/SSI benefits under her true SSN, and SSA/SSI
3  benefits under the second fraudulent SSN. MILLARD stated that she knew what she did was
4  wrong, and is sorry for the problems she created. MILLARD also stated that if there is any
5  monies owed to SSA/SSI, she is willing to repay the money back to SSA/SSI in full.
6      I declare under penalty of perjury that the foregoing is true and correct to the best of my
7  knowledge and belief.

9  Executed June 24, 2008 at Oakland, California.

11  DATED: 6-24-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JOSHUA M. FRYDAY
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-3-

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                             OAKLAND DIVISION
9
   UNITED STATES OF AMERICA,           )   Case No. CR-08-429 WDB
10                                     )
         Plaintiff,                    )
11                                     )
      v.                               )   [PROPOSED] ORDER FOR SUMMONS
12                                     )
   MAUDE MILLARD (a/k/a Geraldine Ray, )
13 a/k/a Geraldine McGowen),           )
                                       )
14       Defendant.                    )
15                                     )

16

17     Having reviewed the Declaration of Joshua M. Fryday, the Court finds that probable cause

18 exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.

19 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Maude

20 Millard (a/k/a Geraldine Ray, a/k/a Geraldine McGowen), to appear on July 22, 2008 at 10:00 am

21 before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the

22 United States Attorney.

23

24     IT IS SO ORDERED.

25
   Dated: _____        _____
26                                        MARIA-ELENA JAMES
                                          United States Magistrate Judge
27

28

ORDER FOR SUMMONS