07/02/2008 15:12 5105373724 US ATTORNEYS OFFICE PAGE 07/08
Case 4:08-cr-00429-WDB   Document 3   Filed 07/02/2008   Page 1 of 1
Case 4:08-cr-00429-WDB   Document 2   Filed 07/02/2008   Page 6 of 6

**FILED**

1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

JUL 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,               )   Case No. CR-08-429 WDB
            Plaintiff,                  )
                                        )
    v.                                  )   [PROPOSED] ORDER FOR SUMMONS
                                        )
MAUDE MILLARD (a/k/a Geraldine Ray,     )
a/k/a Geraldine McGowen),               )
                                        )
            Defendant.                  )

Having reviewed the Declaration of Joshua M. Fryday, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Maude Millard (a/k/a Geraldine Ray, a/k/a Geraldine McGowen), to appear on July 22, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 7-2-08

MARIA-ELENA JAMES
United States Magistrate Judge

ORDER FOR SUMMONS