rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 8 mins | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Frances Stone for Ivy L. Garcia | | REPORTER/FTR<br>FTR: 7/22/08 10:30:10-10:38:06 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>7/22/08 | | NEW CASE ☐ | CASE NUMBER<br>CR-08-00429-WDB |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Maude Millard aka Geraldine Ray | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ned Smock | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Josh Fryday L.C./Maureen Bessette | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Carol Mendoza | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR<br>Held- 8 mins | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS<br>7/22/08 | ☒ ADVISED OF CHARGES<br>7/22/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
JUL 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**ARRAIGNMENT**

| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO:<br>8/15/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WDB | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Ned Smock AFPD appointed counsel for deft. Gov to give discovery to counsel today. Time from 7/22/08 to 8/15/08 is excluded. Def to go to USMS following Court to be processed.
CC: WDB Stats; Ivy; USMS

DOCUMENT NUMBER: